# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

RICKY ASHLEY                                                    PETITIONER
ADC # 099718
v.                           No. 4:19-cv-00624-SWW-JTR

DEXTER PAYNE, Director,
Arkansas Division of Correction                                 RESPONDENT

## ORDER

The Court has reviewed the Recommended Disposition ("Recommendation") from United States Magistrate Judge J. Thomas Ray and the filed objections. After a *de novo* review of the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Ricky Ashley's petition and amended petitions for a writ of habeas corpus are denied, and this case is dismissed without prejudice. Ashley's other pending motions, *Docs. 28 and 29*, are also denied. The Court will not issue a certificate of appealability because Mr. Ashley has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c). Judgment will be entered accordingly.

IT IS SO ORDERED this 13th day of January, 2020.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE