UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

RICKY ASHLEY                                                               PETITIONER
ADC # 099718
v.                          No. 4:19-cv-00624-SWW-JTR

DEXTER PAYNE, Director,
Arkansas Division of Correction                                            RESPONDENT

## JUDGMENT

Based on today's Order, this 28 U.S.C. § 2254 action is DISMISSED, without prejudice. The Court will not issue a certificate of appealability because Petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c).

IT IS SO ORDERED this 13th day of January, 2020.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE